SCWC-13-0000044

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

SHERMAN LAVELLE SHAW,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000044; CR. NO. 11-1-1053)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nishimura, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on April 21, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, June 2, 2014.

Sherman Lavelle Shaw,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Rhonda A. Nishimura

